AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP 11 2019

__SOUTHERN__    DISTRICT OF    __TEXAS__    David J. Bradley, Clerk
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Angel Braulio-Juarez
AKA: Angel Bravilo-Juarez

IAE    YOB: 1987
Guatemala
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:   M-19-2193-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 10, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Havana, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Angel Braulio-Juarez was encountered by Border Patrol Agents near Havana, Texas on September 10, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 10, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 18, 2012, through Columbus, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 19, 2010, the Defendant was convicted of Aggravated Battery and sentenced to three (3) years confinement and seven (7) years probation.

Approved by AUSA Frances E. Pfile on 9/11/2019.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,    8:37 am
**September 11, 2019**    Carlos Sanchez    Border Patrol Agent

**Peter E. Ormsby**    , U.S. Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer